**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **163 Main Street, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-3730886** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **163 Main Street**<br>**Peapack, NJ 07977**<br>Number, Street, City, State & ZIP Code | **P.O. Box 5**<br>**Media, PA 19063**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Somerset**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **163 Main Street, LLC**                                           Case number (*if known*) _____
        Name

---

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5311**

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

---

Debtor   __163 Main Street, LLC_____     Case number (*if known*) _____
　　　　　 Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **163 Main Street, LLC**        Case number (*if known*) _____
     Name

| | |
|---|---|
| ▮ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2025**
           MM / DD / YYYY

**X** **/s/ Steve Everett**        **Steve Everett**
    Signature of authorized representative of debtor      Printed name

Title    **Member**

**18. Signature of attorney**

**X** **/s/ Arthur J. Abramowitz**        Date **June 20, 2025**
    Signature of attorney for debtor      MM / DD / YYYY

**Arthur J. Abramowitz AA3724**
Printed name

**Sherman Silverstein Kohl Rose & Podolsky, P.A.**
Firm name

**308 Harper Drive**
**Suite 200**
**Moorestown, NJ 08057**
Number, Street, City, State & ZIP Code

Contact phone    **856-662-0700**      Email address    **aabramowitz@shermansilverstein.com**

**AA3724 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **163 Main Street, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2025**        X **/s/ Steve Everett**
                                            Signature of individual signing on behalf of debtor

                                            **Steve Everett**
                                            Printed name

                                            **Member**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **163 Main Street, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **227 E. High Street, LLC**<br>**211 E. High Street**<br>**Pottstown, PA**<br>**19464** | | | | | | **$1,219,380.54** |
| **238 E. High Street, LLC**<br>**211 E. High Street**<br>**Pottstown, PA**<br>**19464** | | | | | | **$2,100.00** |
| **American Water**<br>**P.O. Box 371331**<br>**Pittsburgh, PA**<br>**15250-7331** | | | | | | **$303.38** |
| **E.G. Beverage, LLC**<br>**211 E. High Street**<br>**Pottstown, PA**<br>**19464** | | | | | | **$55.00** |
| **E.G. Pottstown, LLC**<br>**221 E. High Street**<br>**Pottstown, PA**<br>**19027** | | | | | | **$311,686.00** |
| **Jersey Central Power and Light**<br>**P.O. Box 371422**<br>**Pittsburgh, PA**<br>**15250-7422** | | | | | | **$8,550.11** |
| **JJ Ratigan Brewing, LLC**<br>**211 E. High Street**<br>**Pottstown, PA**<br>**19464** | | | | | | **$134,800.00** |
| **Maria Nadel**<br>**1 Windsor Lane**<br>**Pottersville, NJ**<br>**07979** | | | | | | **$88,589.10** |

Debtor  **163 Main Street, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mike Shoemaker 804 Shavertown Road Garnet Valley, PA 19060** | | | | | | **$100,000.00** |
| **PSEG P.O. Box 14444 New Brunswick, NJ 08906-4444** | | | | | | **$6,640.77** |
| **PSEG P.O. Box 14444 New Brunswick, NJ 08906-4444** | | | | | | **$3,707.65** |
| **Red Horse Motoring Club (of Pottstown) 211 E. High Street Pottstown, PA 19464** | | | | | | **$152,060.00** |
| **Red Horse Motoring Club of Peapack, LLC 211 E. High Street Pottstown, PA 19464** | | | | | | **$123,904.27** |
| **Rescued Antiques (Wayne Harders) 339 Crum Creek Lane Newtown Square, PA 19073** | | | | | | **$120,695.36** |
| **Robb Francis Cuccia 7 Stevens Road Bernardsville, NJ 07924** | | | **Contingent Unliquidated Disputed** | | | **$700,000.00** |
| **Rose Glennon 50 N. Middleton Road #225 Media, PA 19063** | | | | | | **$10,000.00** |
| **SolareAmerica, LLC c/o John Dolceamore 207 South State Road Upper Darby, PA 19082** | | | | | | **$50,000.00** |
| **Splitting Edge Axe Throwing, LLC 211 E. High Street Pottstown, PA 19464** | | | | | | **$14,200.00** |

Debtor    **163 Main Street, LLC**                                          Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Steven G. Everett**<br>**341 Crum Creek**<br>**Lane**<br>**Newtown Square,**<br>**PA 19073** | | | | | | **$338,000.00** |
| **The Glennon Firm,**<br>**LLC**<br>**c/o Daniel Glennon**<br>**7319 Chestnut**<br>**Avenue**<br>**Elkins Park, PA**<br>**19027** | | | | | | **$419,654.35** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **163 Main Street, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................. $ __**3,600,000.00**__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................... $ __**588,170.03**__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ __**4,188,170.03**__

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ __**2,100,000.00**__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ __**0.00**__

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ __**3,804,326.53**__

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b

   $ __**5,904,326.53**__

# United States Bankruptcy Court
### District of New Jersey

In re   **163 Main Street, LLC**                                        Case No.

                                                 Debtor(s)        Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 20, 2025**                            **/s/ Steve Everett**

                                               **Steve Everett**/**Member**

                                               Signer/Title

.

1325 Spruce Street, L.P.
c/o Daniel L. Glennon
7319 Chestnut Avenue
Elkins Park, PA 19027


227 E. High Street, LLC
211 E. High Street
Pottstown, PA 19464


238 E. High Street, LLC
211 E. High Street
Pottstown, PA 19464


American Water
P.O. Box 371331
Pittsburgh, PA 15250-7331


Daniel L. Glennon
7319 Chestnut Avenue
Elkins Park, PA 19027


E.G. Beverage, LLC
211 E. High Street
Pottstown, PA 19464


E.G. Pottstown, LLC
221 E. High Street
Pottstown, PA 19027


Florio, Perucci, Steinhardt,
Cappelli & Tipton, LLC
Attn: Katherine A. Fina, Esquire
91 Larry Holmes Dr., Suite 200
Easton, PA 18042


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


James Nigro
1101 Oak Mirage Place
Thousand Oaks, CA 91362

Jersey Central Power and Light
P.O. Box 371422
Pittsburgh, PA 15250-7422


JJ Ratigan Brewing, LLC
211 E. High Street
Pottstown, PA 19464


Knuckles & Manfro, LLP
600 East Cresent Ave
Suite 201
Saddle River, NJ 07458


Maria Nadel
1 Windsor Lane
Pottersville, NJ 07979


Mike Shoemaker
804 Shavertown Road
Garnet Valley, PA 19060


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112


New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
3 John Fitch Way, 5th Floor
P.O. Box 245
Trenton, NJ 08695-0245


PSEG
P.O. Box 14444
New Brunswick, NJ 08906-4444


Red Horse Motoring Club (of Pottstown)
211 E. High Street
Pottstown, PA 19464


Red Horse Motoring Club of Peapack, LLC
211 E. High Street
Pottstown, PA 19464

Rescued Antiques (Wayne Harders)
339 Crum Creek Lane
Newtown Square, PA 19073


Robb Francis Cuccia
7 Stevens Road
Bernardsville, NJ 07924


Rose Glennon
50 N. Middleton Road
#225
Media, PA 19063


SolareAmerica, LLC
c/o John Dolceamore
207 South State Road
Upper Darby, PA 19082


Splitting Edge Axe Throwing, LLC
211 E. High Street
Pottstown, PA 19464


Steven G. Everett
341 Crum Creek Lane
Newtown Square, PA 19073


Suma (Yonkers) Federal Credit Union
Attention: Loan Department
125 Corporate Boulevard
Yonkers, NY 10701


The Glennon Firm, LLC
c/o Daniel Glennon
7319 Chestnut Avenue
Elkins Park, PA 19027


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044

Wayne Harders
339 Crum Creek Lane
Newtown Square, PA 19073

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re    **163 Main Street, LLC**                                                                Case No. _____
                                                   Debtor(s)            Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **45,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **25,000.00** |

2.   $ **1,738.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

 ☐ Debtor          ■ Other (specify):      **Steven Everett, Member**

4.   The source of compensation to be paid to me is:

 ■ Debtor          ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

 ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

 a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
 b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
 c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
 d.  [Other provisions as needed]
     **NONE**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:  NONE

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6/20/25
_____
*Date*

s/ Arthur J. Abramowitz
_____
**Arthur J. Abramowitz AA3724**
*Signature of Attorney*
**Sherman Silverstein Kohl Rose & Podolsky, P.A.**
**308 Harper Drive**
**Suite 200**
**Moorestown, NJ 08057**
**856-662-0700   Fax: 856-662-0165**
**aabramowitz@shermansilverstein.com**
*Name of law firm*

## United States Bankruptcy Court
### District of New Jersey

In re    **163 Main Street, LLC**

Debtor(s)

Case No.

Chapter    **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Steve Everett**, declare under penalty of perjury that I am the **Member** of **163 Main Street, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Steve Everett, Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Steve Everett, Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Steve Everett, Member** of this Corporation is authorized and directed to employ **Arthur J. Abramowitz AA3724**, attorney and the law firm of **Sherman Silverstein Kohl Rose & Podolsky, P.A.** to represent the corporation in such bankruptcy case."

Date    **June 20, 2025**

Signed    **/s/ Steve Everett**

**Steve Everett**

Resolution of Board of Directors
of
**163 Main Street, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Steve Everett, Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Steve Everett, Member**  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Steve Everett, Member** of this Corporation is authorized and directed to employ **Arthur J. Abramowitz AA3724**, attorney and the law firm of **Sherman Silverstein Kohl Rose & Podolsky, P.A.** to represent the corporation in such bankruptcy case.

Date   **June 20, 2025**                                     Signed   **Steve Everett**

Date   **June 20, 2025**                                     Signed   **Arthur J. Abramowitz**